No. 5494.—Márquez et als. apldos., *v.* La Junta Insular de Elecciones, aplte.—C. D. San Juan. Mayo 23, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Por los fundamentos de la opinión de este tribunal en el caso No. 4928, *Joaquín Márquez et al.* v. *Junta Insular de Elecciones,* decidido en esta fecha (ante pág. 1) se revoca la sentencia dictada en el presente caso por la corte de distrito de San Juan en febrero 11, 1929, anulándose el auto de *certiorari* y declarándose válido el escrutinio general hecho por la Junta Insular de Elecciones en cuanto a las celebradas en el precinto electoral de Humacao el día 6 de noviembre de 1928.

El Juez Asociado Sr. Aldrey, disintió.

No. 5087.—Gómez, apldo., *v.* La Junta Examinadora de Ingenieros, etc., aplte.—C. D. Aguadilla. Mayo 27, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Confirmada por los fundamentos del caso de *Llovet Díaz* v. *Junta Examinadora,* 40 D.P.R. 583.

No. 268.—El Pueblo de Puerto Rico, ex rel. James R. Beverley, Procurador General de Puerto Rico, peticionario, *v.* Héreter, demandado. Mayo 28, 1930.

El tribunal, en el ejercicio de su discreción, estima que no debe intervenir originalmente en el asunto y en tal virtud, sin prejuzgar la cuestión de fondo envuelta en ningún sentido, niega el auto solicitado.